IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| QUINDRE JACKSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. |
| v. | ) | 3:19-cv-299-WHA-CSC |
| | ) | (WO) |
| STEVEN T. MARSHALL, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

### **ORDER**

On March 16, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. Doc. 17. Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

(1) The Magistrate Judge's Recommendation (Doc. 17) is ADOPTED; and

(2) This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 15th day of August, 2022.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE